UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERRY TRONNE BROWN, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:01 CV 451 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter is before me on Petitioner Jerry Brown's pro se motion for writ of audita querela. A writ of audita querela is not available where other cognizable remedies exist. U.S. v. Feist, 346 Fed. Appx. 127, 128 (8th Cir. 2009). Brown has extensively asserted challenges regarding the jury note at issue in his Section 2255 petition and multiple motions for reconsideration, to amend the judgment, and modify the record. Brown's motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED that** Petitioner Jerry Tronne Brown's motion for writ of audita querela [#72] is **DENIED**.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2012.